**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Humper Equipment LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **88-0584571** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3351 N. Farm Road 209**<br>**Strafford, MO 65757**<br>Number, Street, City, State & ZIP Code | **PO Box 2118**<br>**Springfield, MO 65801**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Greene**<br>County | **Location of principal assets, if different from principal place of business**<br>**3351 N. Farm Rd 209 Strafford, MO 65757**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Humper Equipment LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Humper Equipment LLC** | | Case number (*if known*) | |
| | Name | | | |

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
| | District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Humper Equipment LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 12, 2024**
MM / DD / YYYY

**X** **/s/ James A. Keltner**                          **James A. Keltner**
Signature of authorized representative of debtor        Printed name

Title   **Sole Member**

**18. Signature of attorney**

**X** **/s/ Sharon L. Stolte**                    Date   **December 12, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**Sharon L. Stolte**
Printed name

**Sandberg Phoenix & von Gontard PC**
Firm name

**4600 Madison Ave., Suite 1000**
**Kansas City, MO 64112**
Number, Street, City, State & ZIP Code

Contact phone   **816-627-5332**       Email address   **sstolte@sandbergphoenix.com**

**41133 MO**
Bar number and State

ATTORNEY GENERAL
MAIN JUSTICE BLDG
950 PENNSYLVANIA AVE NW
WASHINGTON, DC #####-####

BMO - Harris Bank
PO Box 71951
Chicago IL 60694

Hometrust Bank
19520 W Catawba Ave
Suite 111B
Cornelius NC 28013

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

MHC
PO BOX 412582
Kansas City MO 64141

MISSOURI DEPT OF REVENUE
PO BOX 475
JEFFERSON CITY MO 65105-0475

O'bannon
PO BOX 890
Buffalo MO 65622

Paccar
PO Box 642945
Pittsburgh PA 15264-2945

Signature Financial aka Flagstar Financi
PO BOX 5524
Hicksville NY 11802

SMALL BUSINESS ADMINISTRATION
1000 WALNUT ST
SUITE 500
KANSAS CITY MO 64106-2156

```
Southern Bank
4803 S NATIONAL STE 100
Springfield MO 65810


TLG - The Larson Group
4350 S National Ave
Suite B116
Springfield MO 65810


TNTX - TAG Truck Enterprises
4450 American Way
Memphis TN 38118


US ATTORNEY WDMO
BANKR PROCESSING
400 EAST 9TH ST
ROOM 5510
KANSAS CITY, MO 64,106.00


Webster Sterling
500 7TH AVENUE, 3RD FLOOR
New York NY 10018


Woodforest Bank
PO BOX 7889  The Woodlands TX  77387
The Woodlands TX 77387
```

# United States Bankruptcy Court
### Western District of Missouri

In re   **Humper Equipment LLC**                                              Case No.  _____
                                              Debtor(s)          Chapter   **11**   _____

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is

true and correct to the best of my knowledge and includes the name and address of my

ex-spouse (if any).

Date:   **December 12, 2024**                    **/s/ James A. Keltner**
                                 **James A. Keltner**/**Sole Member**
                                 Signer/Title

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Humper Equipment LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO - Harris Bank PO Box 71951 Chicago, IL 60694** | | **100 Trailers 7924-8023** | | **$3,286,155.84** | **Unknown** | **Unknown** |
| **BMO - Harris Bank PO Box 71951 Chicago, IL 60694** | | **60 Vanguard 53 Dry Vans 8024-8083** | | **$2,600,081.07** | **Unknown** | **Unknown** |
| **BMO - Harris Bank PO Box 71951 Chicago, IL 60694** | | **3 Trucks Wester Star 5700, 2040, 2042 2044** | | **$498,523.71** | **Unknown** | **Unknown** |
| **Hometrust Bank 19520 W Catawba Ave Suite 111B Cornelius, NC 28013** | | | | **Unknown** | **$0.00** | **Unknown** |
| **MHC PO BOX 412582 Kansas City, MO 64141** | | **6 KW T680 2047, 2049, 2051-2054** | | **$954,166.12** | **Unknown** | **Unknown** |
| **O'bannon PO BOX 890 Buffalo, MO 65622** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Paccar PO Box 642945 Pittsburgh, PA 15264-2945** | | **5 trucks 1969, 1973, 1975, 1971, 1977** | | **$458,698.92** | **Unknown** | **Unknown** |
| **Paccar PO Box 642945 Pittsburgh, PA 15264-2945** | | **14 Trucks 1948,50,52,54,55,58,59,60-64,66,67** | | **$1,140,029.58** | **Unknown** | **Unknown** |
| **Paccar PO Box 642945 Pittsburgh, PA 15264-2945** | | **1 truck 1968** | | **$91,685.03** | **Unknown** | **Unknown** |
| **Paccar PO Box 642945 Pittsburgh, PA 15264-2945** | | **1 truck 1970** | | **$99,451.85** | **Unknown** | **Unknown** |

Debtor  **Humper Equipment LLC**                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **2 trucks 1979 1980** | | **$209,516.17** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **3 trucks 1978, 1981, 1982** | | **$334,960.09** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **4 trucks 1983, 1984, 1985, 1987** | | **$475,106.63** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **2 KW T680 1986 1989** | | **$251,780.04** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **5 KW T680 1988, 1991, 1993, 1995, 1997** | | **$630,977.93** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **7 KW 1990, 1992, 1994, 1996, 1998, 1999, 2001** | | **$928,740.71** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **12 Peterbilt 2016 (even)** | | **$2,019,890.54** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **10 KW 2006, 08, 10, 12-15, 17, 19, 21** | | **$1,621,116.65** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **4 KW 2023, 2025, 2027, 2033** | | **$703,296.16** | **Unknown** | **Unknown** |
| **Paccar** **PO Box 642945** **Pittsburgh, PA 15264-2945** | | **5 Peterbilt 579 2029, 2031 2035 2037 2039** | | **$869,642.56** | **Unknown** | **Unknown** |